IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-15CR- 205A |
| YVONNE MARRUFO (01) | |

### INFORMATION

The United States Attorney Charges:

### Count One
### Sexual Abuse of a Ward
### [Violation of 18 U.S.C. § 2243(b)]

Between on or about February 2014 and March 2015, in the Northern District of Texas, the defendant, **Yvonne Marrufo**, did knowingly engage in a sexual act with M.O. by penetrating M.O's genitalia with her finger. At the time this sexual act occurred, M.O. was an inmate in the Federal Bureau of Prisons (BOP), and was under the custodial, supervisory, or disciplinary authority of the defendant, who was employed as a BOP cook Supervisor.

**Information – Page 1**

In violation of 18 U.S.C. § 2243(b).

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
BRIAN D. POE
Assistant United States Attorney
Texas Bar No. 24056908
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8670
Email:        brian.poe@usdoj.gov